VICTOR H. COHN, Appellant, v. HARRY RICHMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MORRIS ZIMMERMAN, for Himself and on Behalf of Others Similarly Situated as Minority Stockholders, etc., Appellant, v. M. S. SCHEINMAN & Co., INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CORA L. MAGNUS, Respondent, v. WALTER H. FLEMING, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SOLOMON TANNENBAUM, Appellant, v. MARY B. SLEVIN, Defendant, Impleaded with B. B. B. GASOLINE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY L. CORT and Others, Respondents, v. MILTON GOSDORFER, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH SOMMERS, Respondent, v. ELI GUTTERMAN and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the said defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAISY WILDS, Respondent, v. HUGH DONOHUE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE A. EVALENKO, Respondent, v. ROBERT M. CATTS, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELEANOR McGUINESS, Respondent, v. JOHN SIMONE, Appellant.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM WEINROTH v. ARTHUR UYTTERHAGER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

COMMONWEALTH FILM CORPORATION v. EAST COAST FILMS, INCORPORATED, and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRIEDA BENDER v. ARCHIBALD.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch. McAvoy and Martin, JJ.